**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- X

LIAT ATZILI, ET AL.,                                        :
                                                            :
                                                            :
                                     Plaintiffs,            :
                                                            :
                                                            :     No. 25-cv-05677
                    - against -                             :
                                                            :
                                                            :
UNITED NATIONS RELIEF AND WORKS AGENCY,                     :
PHILIPPE LAZZARINI, PIERRE
KRÄHENBÜHL, FILIPPO GRANDI, LENI STENSETH,
SANDRA MITCHELL, MARGOT ELLIS, AND GRETA
GUNNARSDOTTIR,
                                                            :
                                     Defendants.            :
-------------------------------------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on

behalf of Defendants United Nations Relief and Works Agency for Palestine Refugees in the

Near East ("UNRWA") and Margot Ellis.  The undersigned certifies that she is admitted to

practice before this Court and hereby requests that all future papers in this action be directed to

the undersigned at the address set forth below.

Dated: New York, New York
September 5, 2025

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By:  /s/ *Marwa Farag*
Marwa Farag (Bar ID 5841861)
101 Park Avenue
New York, New York 10178
Telephone:  (212) 696-6040
Facsimile:  (212) 697-1559
mfarag@curtis.com

*Attorney for Defendants UNRWA and*
*Margot Ellis*