

**Curtis, Mallet-Prevost, Colt & Mosle LLP**

Almaty
Astana
Beijing
Bogotá
Brussels
Buenos Aires
Dubai
Frankfurt
Geneva

Houston
London
Mexico City
Milan
Muscat
Paris
Riyadh
Rome
Washington, D.C.

101 Park Avenue
New York, New York 10178-0061

Telephone  +1 212 696 6000
Facsimile  +1 212 697 1559
www.curtis.com

Kevin A. Meehan
Tel: +1 212 696 6197
Fax: +1 917 368 8835
E-Mail: kmeehan@curtis.com

September 5, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
United States District Courthouse
40 Foley Square
New York, NY 10007

> Re: *Atzili, et al. v. UNRWA, et al.* 25 Civ. 5677 (RA):
> **Parties' Joint Proposal to Streamline Briefing of Defendants' Immunity Defenses**

Dear Judge Abrams:

Pursuant to the Court's order dated August 27, 2025, the parties hereby submit this joint letter with a proposal intended to streamline the briefing on Defendants' immunity defenses by incorporating into this case the relevant briefing from the ongoing S.D.N.Y. case *Estate of Tamar Kedem Siman Tov, et al. v. UNRWA, et al.*, 24 Civ. 4765 (AT), which involves the same Defendants, substantially similar factual allegations, and identical immunity defenses.

In their letter to the Court dated August 26, 2025, Defendants UNRWA and Margot Ellis had proposed that the Court defer all deadlines for Defendants to respond to the Complaint pending issuance of a decision on the Motion to Dismiss on immunity grounds currently pending in *Siman Tov*. ECF No. 16. Defendants advised that they intended to assert the same immunity defenses already fully briefed in *Siman Tov*, and argued that it would be efficient for this Court to defer briefing on Defendants' immunity defenses until after a decision is rendered in *Siman Tov*.

Pursuant to the Court's Order, the parties have conferred and Plaintiffs object to Defendants' earlier proposal. Nevertheless, Plaintiffs agree with Defendants that it would be wasteful and duplicative to reargue Defendants' immunity defenses given that these issues have already been fully briefed in *Siman Tov*. On this basis, the parties have agreed to jointly propose the following procedure:



**Curtis, Mallet-Prevost, Colt & Mosle LLP**

The Honorable Ronnie Abrams
September 5, 2025
Page 2

      Upon the Courts' approval, Defendants will file a Notice of Motion to Dismiss this case for lack of subject matter and personal jurisdiction on immunity grounds pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), (4), and (5) as well as the United Nations Charter, the Convention on the Privileges and Immunities of the United Nations, Feb. 13, 1946, 21 U.S.T. 1422, and the International Organizations Immunities Act, 22 U.S.C. § 288 et seq. – *i.e.* the same grounds asserted in the *Siman Tov* case. The parties will concurrently file a joint stipulation to rely on the briefing submitted on these issues in *Siman Tov* and incorporate by reference into the record in this case the following documents filed in *Siman Tov*:

- ECF No. 17 (inclusive of ECF Nos. 17-1 – 17-3) – U.S. Statement of Interest plus exhibits;
- ECF No. 24 (inclusive of ECF Nos. 24-1 – 24-18) – Brewer Declaration in Support of Plaintiffs' Opposition to U.S. Statement of Interest plus exhibits;
- ECF No. 25 – Plaintiffs' Opposition to U.S. Statement of Interest;
- ECF No. 38 – U.S. Second Statement of Interest;
- ECF No. 42 – Plaintiffs' Sur-reply to U.S. Statement of Interest;
- ECF No. 50 – Defendants' Memorandum in Support of Motion to Dismiss;
- ECF No. 52 (inclusive of ECF No. 52-1) – Brewer Declaration in Support of Plaintiffs' Opposition to Motion to Dismiss plus exhibit;
- ECF No. 53 – Plaintiffs' Opposition to Motion to Dismiss;
- ECF No. 55 – Defendants' Reply in Support of Motion to Dismiss;
- ECF No. 59 – U.S. Third Statement of Interest;
- ECF No. 62 – Defendants' Response to U.S. Third Statement of Interest;
- ECF No. 66 (inclusive of ECF No. 66-1) – Brewer Declaration in Reply to Defendants' Response plus exhibit;
- ECF No. 67 – Plaintiffs' Reply to Defendants' Response; and
- ECF No. 68 – Defendants' Response to Plaintiffs' Reply.

      The parties are prepared to file copies of the above documents to this docket should it assist the Court. While there are a number of different briefs because of the way in which the issues developed in the *Siman Tov* case, the more recent briefs referred to and/or incorporated by reference the earlier filings and thus cannot be read in isolation.

      The parties respectfully submit that the above joint proposal would best allow this case to proceed expeditiously while preventing wasteful duplication of the parties' efforts in *Siman Tov*.

      To the extent the Court might have any concerns about the above proposal or be otherwise inclined to reject the proposal, the parties request that the Court schedule a status conference to discuss how to proceed most efficiently.



**Curtis, Mallet-Prevost, Colt & Mosle LLP**

The Honorable Ronnie Abrams
September 5, 2025
Page 3

Dated: September 5, 2025

  AMINI LLC

By: */s/ John W. Brewer*
  Bijan Amini
  Avery Samet
  John W. Brewer
131 West 35th Street, 12th Floor
New York, New York 10001
Tel.: (212) 490-4700
bamini@amnillc.com
asamet@aminillc.com
jbrewer@aminillc.com

  MM~LAW LLC
  Gavriel Mairone
  Ariel Mairone
  Jonathan Goldberg
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Tel.: (312) 253-7444
ctlaw@mm-law.com
ariel@mm-law.com
jonathan@mm-law.com
talya@mm-law.com
Docket@mm-law.com

*Attorneys for Plaintiffs*

Respectfully Submitted,

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By: */s/ Kevin A. Meehan*
  Kevin A. Meehan
  Robert Groot
  Marwa Farag
101 Park Avenue
New York, New York 10178
Tel.: (212) 696-6000
Fax: (212) 697-1559
kmeehan@curtis.com
rgroot@curtis.com
mfarag@curtis.com

*Attorneys for Defendants UNRWA and Margot Ellis*