**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------  X
                                                                    :
LIAT ATZILI, ET AL.,                                                :
                                                                    :
                                                                    :
                                      Plaintiffs,                   :
                                                                    :
                                                                    :   No. 25-cv-05677-RA
                          - against -                               :
                                                                    :
                                                                    :
                                                                    :
UNITED NATIONS RELIEF AND WORKS AGENCY,                             :
ET AL.,                                                             :
                                                                    :
                                                                    :
                                      Defendants.                   :
------------------------------------------------------------------  X
```

## **DEFENDANTS' NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendants by and through their undersigned counsel, move this Court before the Honorable Ronnie Abrams at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for entry of an Order dismissing the case for lack of subject matter and personal jurisdiction pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), (4) and (5) as well as the United Nations Charter, the Convention on the Privileges and Immunities of the United Nations, Feb. 13, 1946, 21 U.S.T. 1422, and the International Organizations Immunities Act, 22 U.S.C. § 288 *et seq*. Pursuant to the Court's Order, dated September 8, 2025 [Dkt. No. 20] and the Parties' accompanying Stipulation,[1] Defendants rely on and incorporate by reference their briefing in *Estate of Tamar Kedem Siman Tov, et al. v. UNRWA, et al.*, 24 Civ. 4765 (AT), in support of the forgoing Motion to Dismiss.

---

[1] There is no assertion that Defendants Philippe Lazzarini, Pierre Krähenbühl, Filippo Grandi, Leni Stenseth, Sandra Mitchell, and Greta Gunnarsdottir have been served in the above-captioned action, and they have not waived service of process. However, as explained in Defendants' briefs in the *Siman Tov* case, these Defendants must be dismissed for lack of subject matter and personal jurisdiction.

CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP

By:   */s/ Kevin A. Meehan*
     Kevin A. Meehan
     Robert Groot
     Marwa Farag
     101 Park Avenue
     New York, New York  10178
     Tel: (212) 696-6000
     Fax: (212) 697-1559
     Email: kmeehan@curtis.com

*Attorneys for Defendants*