**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- X
: 
LIAT ATZILI, ET AL., :
:
                        Plaintiffs, :
:
: No. 25-cv-05677-RA
        - against - :
:
:
UNITED NATIONS RELIEF AND WORKS AGENCY, :
PHILIPPE LAZZARINI, PIERRE
KRÄHENBÜHL, FILIPPO GRANDI, LENI STENSETH,
SANDRA MITCHELL, MARGOT ELLIS, AND GRETA
GUNNARSDOTTIR,
:
                        Defendants. :
------------------------------------------------------------------------- X

## PARTIES' JOINT STIPULATION TO STREAMLINE BRIEFING OF DEFENDANTS' MOTION TO DISMISS

The parties submit this joint stipulation pursuant to the Court's order dated September 8, 2025 [Dkt. No. 20]. Concurrently with this stipulation, Defendants filed a Notice of Motion to Dismiss for lack of subject matter and personal jurisdiction pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), (4) and (5) as well as the United Nations Charter, the Convention on the Privileges and Immunities of the United Nations, Feb. 13, 1946, 21 U.S.T. 1422, and the International Organizations Immunities Act, 22 U.S.C. § 288 *et seq*. Plaintiffs oppose this Motion.

To streamline the briefing on Defendants' Motion to Dismiss, the parties hereby incorporate by reference and rely upon the relevant docket entries from the ongoing S.D.N.Y. case *Estate of Tamar Kedem Siman Tov, et al. v. UNRWA, et al.*, 24 Civ. 4765 (AT):

- ECF No. 17 (inclusive of ECF Nos. 17-1 – 17-3) – U.S. Statement of Interest plus attachments;

- ECF No. 24 (inclusive of ECF Nos. 24-1 – 24-18) – Brewer Declaration in support of Plaintiffs' Opposition to U.S. Statement of Interest plus attachments;

- ECF No. 25 – Plaintiffs' Opposition to U.S. Statement of Interest;

- ECF No. 38 – U.S. Second Statement of Interest;

- ECF No. 42 – Plaintiffs' Sur-reply to U.S. Second Statement of Interest;

- ECF No. 50 – Defendants' Motion to Dismiss;

- ECF No. 52 (inclusive of ECF No. 52-1) – Brewer Declaration in support of Plaintiffs' Opposition to Motion to Dismiss plus attachment;

- ECF No. 53 – Plaintiffs' Opposition to Motion to Dismiss;

- ECF No. 55 – Defendants' Reply in support of Motion to Dismiss;

- ECF No. 59 – U.S. Third Statement of Interest;

- ECF No. 62 – Defendants' Response to U.S. Third Statement of Interest;

- ECF No. 66 (inclusive of ECF No. 66-1) – Brewer Declaration in Reply to Defendants' Response plus attachment;

- ECF No. 67 – Plaintiffs' Reply to Defendants' Response; and

- ECF No. 68 – Defendants' Response to Plaintiffs' Reply.

The parties are prepared to file copies of these documents to this docket if the Court so directs.

-3-

Dated: September 12, 2025

AMINI LLC

By: /s/ John W. Brewer
  Bijan Amini
  Avery Samet
  John W. Brewer
131 West 35th Street, 12th Floor
New York, New York 10001
Tel.: (212) 490-4700
bamini@amnillc.com
asamet@aminillc.com
jbrewer@aminillc.com

MM~LAW LLC

  Gavriel Mairone
  Ariel Mairone
  Jonathan Goldberg
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Tel.: (312) 253-7444
ctlaw@mm-law.com
ariel@mm-law.com
jonathan@mm-law.com
Docket@mm-law.com

*Attorneys for Plaintiffs*

Respectfully Submitted,

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By: /s/ Kevin A. Meehan
  Kevin A. Meehan
  Robert Groot
  Marwa Farag
101 Park Avenue
New York, New York 10178
Tel.: (212) 696-6000
Fax: (212) 697-1559
kmeehan@curtis.com
rgroot@curtis.com
mfarag@curtis.com

*Attorneys for Defendants*