**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------   X
        :
LIAT ATZILI, ET AL.,        :
        :
        Plaintiffs,    :
        :
        :   No. 25-cv-05677-RA
     - against -    :
        :
        :
UNITED NATIONS RELIEF AND WORKS AGENCY,  :
PHILIPPE LAZZARINI, PIERRE    :
KRÄHENBÜHL, FILIPPO GRANDI, LENI STENSETH,  :
SANDRA MITCHELL, MARGOT ELLIS, AND GRETA  :
GUNNARSDOTTIR,    :
        :
        Defendants.   :
------------------------------------------------------------------------   X

## PARTIES' JOINT APPENDIX

The parties submit this joint appendix pursuant to the Court's order dated April 29, 2026 [Dkt. No. 37, approving stipulation previously submitted as Dkt. No. 22]. This appendix contains the docket entries from the S.D.N.Y. case *Estate of Tamar Kedem Siman Tov, et al. v. UNRWA, et al.*, 24 Civ. 4765 (AT) ("*Siman Tov*") that are listed in that stipulation.

Because the letter filed in *Siman Tov* as docket entries 17-2 and 17-3 includes voluminous attachments, including reproductions of the complaint and other procedural documents from *Siman Tov* not relevant to this case, the parties have agreed to omit those attachments from the joint appendix. The joint appendix therefore omits pages 7 – 103 of docket entry 17-2 and all of docket entry 17-3. The parties are prepared to file copies of the full docket entries for 17-2 and 17-3 separately if the Court so directs.

-2-

Dated: May 6, 2026                                     Respectfully Submitted,

AMINI LLC                                             CURTIS, MALLET-PREVOST,
                                                      COLT & MOSLE LLP

By: */s/ John W. Brewer*                              By:  */s/ Kevin A. Meehan*
  Bijan Amini                                           Kevin A. Meehan
  Avery Samet                                           Robert Groot
  John W. Brewer                                        Marwa Farag
131 West 35th Street, 12th Floor                        Olivia J. Wang
New York, New York 10001                              101 Park Avenue
Tel.: (212) 490-4700                                  New York, New York 10178
bamini@aminillc.com                                   Tel.:  (212) 696-6000
asamet@aminillc.com                                   Fax:  (212) 697-1559
jbrewer@aminillc.com                                  kmeehan@curtis.com
                                                      rgroot@curtis.com
MM~LAW LLC                                            mfarag@curtis.com
                                                      owang@curtis.com
  Gavriel Mairone
  Ariel Mairone
875 North Michigan Avenue, Suite 3100                 *Attorneys for Defendants*
Chicago, Illinois 60611
Tel.: (312) 253-7444
ctlaw@mm-law.com
ariel@mm-law.com
Docket@mm-law.com

*Attorneys for Plaintiffs*

-2-

**Table of Contents:**

*Estate of Tamar Kedem Siman Tov, et al. v. UNRWA*, et al., 24 Civ. 4765 (AT)
Docket Entries

**PAGE**

**VOLUME I**

[017-00] US Statement of Interest…………………………………………… JA1

    [017-01] Letter from UN Legal Counsel to US-UN Permanent
           Representative, June 26, 2024 ....................................... JA9

    [017-02] Letter from UN Legal Counsel to US-UN Permanent
           Representative, July 17, 2024
           (pages 7 – 103 omitted)………………………………… JA13

    [17-03] Cont'd Letter from UN Legal Counsel to US-UN
           Permanent Representative, July 17, 2024 (omitted)

[024-00] Brewer Declaration in support of Plaintiffs'
    Opposition to US Statement of Interest ................................... JA19

    [024-01] Exhibit A – U.S. Senate Executive Report
           No. 91-17, dated March 17, 1970 .................................. JA23

    [024-02] Exhibit B – "Should United Nations Funds
           Finance the Training of Arab Terrorists"
           published in the Congressional Record,
           dated February 27, 1970 .................................................. JA64

    [024-03] Exhibit C – "Education for Hatred – Middle
           East Tragedy" published in the Congressional
           Record, dated May 26, 1970 .......................................... JA68

    [024-04] Exhibit D – United Nations Systems
           organizational chart........................................................... JA71

    [024-05] Exhibit E – United Nations General Assembly
           Resolution 302, dated December 8, 1949 ...................... JA73

**PAGE**

**VOLUME II**

[024-06] Exhibit F – UNRWA's 2024-2025 Programme
Budget, dated August 2023 ............................................ JA75

[024-07] Exhibit G – United Nations Appeals Tribunal's
decision in Nemrawi v. Commissioner-General
of the United Nations Relief and Works Agency for
Palestine Refugees in the Near East .............................. JA79

[024-08] Exhibit H – Statement from the UNRWA
Executive Office of the Commissioner-General
on Staff Pay, dated April 28, 2023 ................................ JA88

[024-09] Exhibit I – United Nations Appeals Tribunal's
decision in Tabari v. Commissioner-General of
the United Nations Relief and Works Agency
for Palestine Refugees in the Near East ......................... JA90

[024-10] Exhibit J – UN International Law Commission's
"Draft conclusions on identification and legal
consequences of peremptory norms of general
international law (jus cogens), with
commentaries" ............................................................. JA99

[024-11] Exhibit K – United Nations Security Council Resolution
1373, dated September 28, 2001………………………. JA175

[024-12] Exhibit L – Ambassador John R. Bolton's
Remarks on Iran and the Sudan, dated
April 25, 2006 ............................................................. JA180

[024-13] Exhibit M – United Nations General Assembly
Resolution 60/147, March 21, 2006................................ JA183

[024-14] Exhibit N – United Nations General
Assembly Resolution 76(I), December 7, 1946.............. JA193

**PAGE**

[024-15] Exhibit O – United Nations General Assembly
Resolution 177 (III), November 21, 1947 &
"Principles of International Law" promulgated
in 1950 by the International Law Commission............... JA195

[024-16] Exhibit P – UNRWA press release ("Serious
Allegations Against UNRWA Staff in the Gaza
Strip"), dated January 26, 2024 ..................................... JA201

[024-17] Exhibit Q – United Nations press release ("Daily
Briefing by the Office of the Spokesperson for the
Secretary-General"), dated January 26, 2024 ................. JA203

[024-18] Exhibit R – New York Times article ("How
UNRWA Donor Countries Have Responded to
Israel's Accusations"), dated January 28, 2024 ............. JA220

## VOLUME III

[025] Plaintiffs' Opposition to US Statement of Interest ......................... JA224

[038] US Reply in Support of Statement of Interest ............................... JA260

[042] Plaintiffs' Surreply ....................................................................... JA270

[050] Defendants' Motion to Dismiss ...................................................... JA282

[052] Brewer Declaration in support of Plaintiffs' Opposition to Motion
to Dismiss ................................................................................... JA320

[052-1] Exhibit S – UN General Assembly website page
on subsidiary organs ........................................................ JA321

## VOLUME IV

[053] Plaintiffs' Opposition to Motion to Dismiss ................................. JA334

[055] Defendants' Reply in support of Motion to Dismiss ...................... JA372

[059] US Third Statement of Interest ...................................................... JA392

[062] Defendants' Response to the US Third Statement of Interest ........ JA402

**PAGE**

[066] Brewer Declaration in Reply to Defendants' Response ................. JA437

[066-01] Exhibit T – UN Juridical Yearbook 2000 ........................ JA438

[067] Plaintiffs' Reply to Defendants' Response .................................... JA445

[068] Defendants' Response to Plaintiffs' Reply ……………………….. JA473