UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIAT ATZILI, ET AL.

                    Plaintiffs,

          v.

UNITED NATIONS RELIEF AND WORKS
AGENCY ("UNRWA").,

                    Respondent.

25-CV-5677 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Oral argument will be held on the pending motion to dismiss on June 29, 2026 at 12:00 p.m. at the

Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

If this day is inconvenient for the parties, they shall so advise the Court by June 5, 2026.


SO ORDERED.


Dated:    May 29, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge