UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIAT ATZILI, ET AL.<br>Plaintiffs,<br><br>v.<br><br>UNITED NATIONS RELIEF AND WORKS AGENCY ("UNRWA"), ET AL.,<br><br>Defendants. | 25-CV-5677 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

As discussed earlier today, this case is hereby stayed on consent pending resolution of the appeal in *Estate of Tamar Kedem Siman Tov v. United Nations Relief and Works Agency*, 807 F. Supp. 3d 208 (S.D.N.Y. 2025), *appeal docketed*, No. 25-2837 (2d Cir. Oct. 30, 2025). The parties shall promptly inform the Court when the appeal process is complete.

SO ORDERED.

Dated: July 13, 2026
New York, New York

Ronnie Abrams
United States District Judge